**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

BOYER COFFY, LLC.
970 Clifton Ave, Ste 201
Clifton, New Jersey 07013
Tel No: 973-798-6131
Fax No: 201-503-8150

Order Filed on February 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John Catelli

    Debtor

Case Number: __23-10167__

Hearing Date: _____

Judge: __Vincent F. Papalia__

Chapter: __13__

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 6, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒   Granted. The deadline to file schedules is extended to  2/8/2023                        .

☐   Denied.

*rev.8/1/15*