UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BOYER COFFY, LLC
970 CLIFTON AVE., SUITE 201
CLIFTON, NJ 07013
TEL. NO.: 973-798-6131
FAX NO.: 201-503-8150

Order Filed on June 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
JOHN A CATELLI

Case No.: 23-10167-VFP
Chapter: 13
Judge: Vincent F. Papalia

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 9, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 03/15/2023 :

Property:   94 Alexander Ave, Nutley, NJ 07110-1428

Creditor:   SPS Select Portfolio Servicing

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by Leonard R. Boyer, Esq. , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____; and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including 8/30/2023 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev. 12/17/19

2